```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            |
SALAMAN OBERLANDER, ET AL.,                                 |   20-CV-00567(ILG)(JO)
                                                            |
                Plaintiffs,                                 |
                                                            |
        ~ against ~                                         |   STIPULATION
                                                            |
AMERICAN GENERAL LIFE INSURANCE                             |
COMPANY, et al.,                                            |
                                                            |
                Defendants                                  |
                                                            |
------------------------------------------------------------x
```

**DEFENDANTS MARC FROHLICH AND FROHLICH FINANCIAL GROUP, LLC AND PLAINTIFFS HEREBY STIPULATE** that the time for Marc Frohlich and Frohlich Financial Group, LLC to Answer or otherwise move with respect to the Original Verified Complaint is hereby extended through the End of Business on March 25, 2020.

**DEFENDANTS MARC FROHLICH AND FROHLICH FINANCIAL GROUP, LLC AND PLAINTIFFS HEREBY STIPULATE** that Marc Frohlich, *personally*, and Frohlich Financial Group, LLC acknowledge timely service of the Original Verified Complaint and waive any claim of improper or untimely service of process.

**STIPULATED on this 19th day of February, 2020.**

- 2 -

<table>
<tr><td>

Ely R. Levy, Esq. on behalf of
Defendants Marc Frohlich and Frohlich
Financial Group, LLC.

*Ely R. Levy* (Signed by BSG with authority of Ely Levy by e-mail 02/19/20 1:39 PM)
_____
Ely R. Levy, Esq.
Levy & Partners, PLLC
*Counsel for Marc Frohlich and Frohlich Financial Group, LLC*
3230 Stirling Road, Suite 1
Hollywood, FL 33021
Phone: (954) 727-8570
e-mail: elevy@lawlp.com

</td><td>

Baruch S. Gottesman, Esq.
on behalf of **All Plaintiffs**

*[signature]*
_____
Baruch S. Gottesman, Esq.
*Counsel for all Plaintiffs*
185-12 Union Turnpike
Fresh Meadows, NY 11366
Phone: (212) 401-6910
e-mail: bg@gottesmanlegal.com

</td></tr>
</table>

SO ORDERED,

_____