## INITIAL CONFERENCE QUESTIONNAIRE

1. Deadline for all Rule 26(a)(1) disclosures (if later than the date of the initial conference, please explain why on a separate page):     <u>3/25/20</u>

2. Deadline for first request for production of documents and first request for interrogatories:     <u>30 days from decision</u> on MTD

2(a). Additional interrogatories needed, if any, beyond the 25 permitted under the federal rules for:     plaintiff(s) ____ ; defendant(s) ____

3. Date for completion of any joinder of additional parties and amendment of the pleadings:     <u>90 days from decision</u> on MTD

3(a). Number of proposed additional parties to be joined, if any, by:     plaintiff(s) ____ ; defendant(s) ____

4. Number of depositions by plaintiff(s) of:     parties ____ ; non-parties ____

5. Number of depositions by defendant(s) of:     parties <u>4</u> ; non-parties <u>5</u>

6. Date of <u>status conference</u> (joint status report due two business days in advance):     _____

7. Date for completion of factual discovery:     <u>180 days from decision</u> on MTD

8. Are expert witnesses needed?     Yes ____ No <u>X</u>

8(a). Number of expert witnesses, if any, of plaintiff(s):     medical ____ ; non-medical ____

8(b). Date for completion of those expert reports:     _____

8(c). Number of expert witnesses, if any, of defendant(s):     medical ____ ; non-medical ____

8(d). Date for completion of those expert reports:     _____

9. Date for completion of expert discovery:     _____

10. Date of <u>pretrial conference</u> (brief *ex parte* statements of settlement position due via email two business days in advance):     _____

11. Types of contemplated dispositive motions by plaintiff(s) <u>and</u> dates for filing of those motions:     _____

4

| | | |
|---|---|---|
| 12. | Types of contemplated dispositive motions by defendant(s) <u>and</u> dates for filing of those motions: | Motions to Dismiss to be filed by Defendants on 3/25/2020 <u>Summary Judgment</u> <u>60 days of the close of</u> discovery |
| 13. | Have counsel reached any agreements regarding electronic discovery? (If so, please describe at the initial conference.) | Yes ___  No <u>X</u> |
| 14. | Have counsel reached any agreements for disclosure of experts' work papers (including drafts) and communications with experts? (If so, please describe on a separate page.) | Yes ___  No <u>X</u> |
| 15. | Will the parties unanimously consent to trial before a magistrate judge pursuant to 28 U.S.C. §636(c)? (If any party declines to consent, answer no but do <u>not</u> indicate which party declined.) | Yes ___  No <u>X</u> |

5