**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------- x
|
SALAMAN OBERLANDER, *et al.*,      |
|
    Plaintiffs,          |    Index No.: **1:20-cv-00567-ILG-JO**
|
~ *against* ~              |
|
AMERICAN GENERAL LIFE     |
INSURANCE COMPANY, *et al.*,  |
|
    Defendants.        |
|
------------------------------------------------- x

I am counsel to the Plaintiff in the above captioned matter and make the following statement under penalty of perjury:

1. I am the Plaintiff in the above-captioned matter and the Trustee of the Ader I Trust.

2. I understand from my counsel that the Frohlich Defendants have filed a Motion to Dismiss the Complaint, which I respectfully ask that you deny. In addition, if the Honorable Court determines that the allegations in the Complaint are incomplete that I be granted leave to file an Amended Complaint.

3. I understand that in considering the Motion to Dismiss, the Honorable Court can only consider the Complaint itself and documents and statements referred to in the Complaint.

4. In the Complaint I make reference to statements made by the Frohlich Defendants and their agents. By way of further elaboration of those statements:

    a. The statements were made by Marc Frohlich personally and Mr. Menachem Lichter, an agent of Frohlich and Frohlich

Financial LLC. I know Menachem Lichter to be an agent of Frohlich because he was the individual who solicited the policy on behalf of Frohlich, and who sold me the policy which was signed by Mr. Frohlich.

b.    The statements were made in late 2014 and 2015 at various times in person and by phone. I specifically have a recollection that Mr. Frohlich calling me on March 27, 2015 at around 3:30 P.M. (which I remember to be near sundown on Friday afternoon). The March 27, 2015 call included the promise of reimbursement and that I would "not pay a nickle."

5.    This is not intended as a complete statement of the case and is solely intended to explain the facts and circumstances of the fraudulent statements referred to in the Complaint that were made to me. If this Honorable Court grants leave, I will further elaborate the facts and circumstances of this case in any Amended Complaint.

RESPECTFULLY SUBMITTED THIS
18TH DAY OF MAY 2020

By: _____
SALAMON OBERLANDER,
*Plaintiff and Trustee of Plaintiff Ader 1 Trust*

State of: New York
County of: Kings

NOTARY

JUDY GOTTESMAN
Notary Public, State of New York
No. 24-4754174
Qualified in Kings County
Commission Expires March 30, 2020