UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALAMAN OBERLANDER, and SALAMON OBERLANDER, as Trustee of THE ADER I TRUST dated December 11, 2014,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, MARC FROHLICH, and FROHLICH FINANCIAL GROUP, LLC,<br><br>*Defendants*. | Case No.: 1:20-cv-00567 (ILG)(JO) |

**SUPPLEMENTAL DECLARATION OF CHRISTINA M. RIEKER IN FURTHER SUPPORT OF MOTION TO DISMISS BY DEFENDANTS MARC FROHLICH AND FROHLICH FINANCIAL GROUP, LLC**

**CHRISTINA M. RIEKER**, of full age, hereby certifies as follows:

1. I am an attorney duly licensed to practice in the State of New York, and am a partner of the law firm WINGET, SPADAFORA & SCHWARTZBERG, LLP, attorneys for the Defendants Marc Frohlich and Frohlich Financial Group, LLC (the "Frohlich Defendants"). I am familiar with the facts set forth herein, and submit this supplemental declaration in further support of the Frohlich Defendants' Motion to Dismiss.

2. Annexed hereto as **<u>Exhibit "6"</u>** is a true and correct copy of the Plaintiffs' Amended Verified Complaint filed with the United States District Court for the Eastern District of New York on August 21, 2026.

3. Annexed hereto as **<u>Exhibit "7"</u>** is a true and correct copy of a redlined version of the Amended Complaint, as annexed to the Plaintiffs' Amended Verified Complaint as **<u>Exhibit "A".</u>**

4. Annexed hereto as **<u>Exhibit "8"</u>** is a true and correct copy of the Memorandum and Order granting the Frohlich Defendants' Motion to Dismiss entered by the Honorable Leo Glasser on June 16, 2022.

5. Annexed hereto as **<u>Exhibit "9"</u>** is a true and correct copy of the Summary Order of the United States Court of Appeals for the Second Circuit signed by Catherine O'Hagan Wolfe, Clerk of Court on April 10, 2023, vacating and remanding the District Court's decision.

6. Annexed hereto as **<u>Exhibit "10"</u>** is a true and correct copy of the Verified Complaint of non-party Menachem Lichter in the related action, *Menachem Lichter v. Shulem Oberlander et al.*, Index No.: 501193/2022 (the "Lichter Action"), filed in the Supreme Court of the State of New York, County of Kings, on January 11, 2022.

7. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 21, 2026
New York, New York

**WINGET, SPADAFORA &**
**SCHWARTZBERG, LLP**
*Attorneys for Defendants*
*Marc Frohlich and Frohlich*
*Financial Group, LLC*

By: *<u>/s/ Christina M. Rieker</u>*
Christina M. Rieker, Esq.
45 Broadway, 32nd Floor
New York, New York 10006