Winget | Spadafora | Schwartzberg | LLP

NEW YORK:
45 Broadway
32nd Floor
New York, NY 10006

P (212) 221-6900
F (212) 221-6989
Rieker.C@wssllp.com

October 6, 2026

***VIA ECF***
The Honorable Brian M. Cogan
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *Oberlander v. American General Life Insurance Co., et al.*
Case No. 1:20-cv-00567 (BMC) (E.D.N.Y.)

Dear Judge Cogan:

Our office represents Defendants Marc Frohlich and Frohlich Financial Group, LLC (the "Frohlich Defendants") in the above-captioned matter. We respectfully write to request that the Court accept the Frohlich Defendants' Supplemental Memorandum of Law in Support of Their Motion to Dismiss Plaintiffs' Amended Complaint (the "Supplemental Memorandum") as unopposed.

On August 6, 2026, this Court entered a Minute Entry and Order setting forth a briefing schedule for supplemental motions to dismiss. Pursuant to that Order, Plaintiffs' opposition to the Frohlich Defendants' Supplemental Memorandum was due on October 5, 2026.

As of the date of this letter, Plaintiffs have not filed any opposition to the Supplemental Memorandum. The October 5, 2026 deadline has passed, and Plaintiffs have neither requested nor received an extension of time to oppose the motion.

Accordingly, the Frohlich Defendants respectfully request that the Court deem the Supplemental Memorandum unopposed and grant the relief requested therein, dismissing Plaintiffs' Amended Complaint in its entirety and with prejudice.

We thank the Court for its consideration of this matter.

Respectfully submitted,

**WINGET, SPADAFORA & SCHWARTZBERG, LLP**

By: */s/ Christina M. Rieker*
Christina M. Rieker, Esq.

cc: All counsel of record (via ECF)